

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00542-CV

**Vinod S. IDNANI,**
Appellant

v.

**Mansha V. IDNANI,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on January 21, 2020. After the extended due date, Appellant filed an unopposed second motion for extension of time to file the brief until February 28, 2020.

Appellant's motion is GRANTED. Appellant's brief is due on February 28, 2020. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court